# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | |
|---|---|
| **GARRITH W. GARDNER,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:19CV00045 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ANDREW SAUL, COMMISSIONER** ) | By: James P. Jones |
| **OF SOCIAL SECURITY,** ) | United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report filed November 24, 2020, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2. Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER: December 17, 2020

/s/ JAMES P. JONES
United States District Judge