# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **GARRITH W. GARDNER,** | |
| Plaintiff, | Case No. 2:19CV00045 |
| v. | **JUDGMENT** |
| **ANDREW SAUL,** **COMMISSIONER** **OF SOCIAL SECURITY,** | By:  James P. Jones United States District Judge |
| Defendant. | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER:  December 17, 2020

/s/  James P. Jones
United States District Judge